# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TYRONE L. SMITH,**

   *Plaintiff*,

v.                        Case No.: 4:22cv411-MW/MJF

**RON DESANTIS, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 7, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED,** pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $402.00 filing and

administrative fees." The Clerk shall close the file.

**SO ORDERED on January 9, 2023.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**